IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CRUZ | ) | CASE NO: 1:19-cv-01553 |
| | ) | |
| | ) | JUDGE: BENITA Y. PEARSON |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **OF SHEILA MASON WITH** |
| WOODMERE VILLAGE, et al. | ) | **PREJUDICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jacqueline Cruz and Defendants Woodmere Village and Sheila Mason, by and through counsel, hereby stipulate to the dismissal of Defendant Sheila Mason with prejudice, each party to bear her own attorneys' fees and costs.

Respectfully Submitted,

/s/ *Claire I. Wade-Kilts*_____
Claire I. Wade-Kilts (0093174)
Sobel, Wade & Mapley, LLC
2460 Fairmount Boulevard, Ste 314
Cleveland, Ohio 44106
T: (216) 223-7213
F: (216) 223-7213
Wade@swmlawfirm.com

*Attorney For Plaintiff Jacqueline Cruz*

{03012681 - 1}

VILLAGE OF WOODMERE


*/s/ Frank Consolo*
FRANK CONSOLO, LAW DIRECTOR
(Reg. No. 0042455)

CONSOLO LAW FIRM CO., LPA
627 West St. Clair Avenue
Cleveland, OH 44113
(216) 696-5400 / FAX (216) 696-2610
fconsolo@consololaw.com


*/s/ Darrell A. Clay*
Darrell A. Clay (Reg. No. 0067598)
    Email: dclay@walterhav.com
    Direct Dial: 216-928-2896
Sara Ravas Cooper (Reg. No. 0076543)
    Email: scooper@walterhav.com
    Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, Ohio 44114-1821
Phone: 216-781-1212 / Fax: 216-575-0911

*Attorneys for Defendant Chief of Police Shelia Mason*

## CERTIFICATE OF SERVICE

The foregoing *Stipulation of Dismissal of Sheila Mason With Prejudice* was filed electronically and will be served upon the parties by the Court's customary electronic means.

/s/ *Claire I. Wade-Kilts*
Claire I. Wade-Kilts (0093174)

*Attorney for Plaintiff Jacqueline Cruz*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically this 27th day of August 2019.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Claire I. Wade-Kilts*
Claire I. Wade-Kilts (0093174)